```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    22cv5993(DLC)
ABRAHAM CAMPOS et al.,                   :
                                         :
                    Plaintiffs,          :
          -v-                            :    ORDER
                                         :
BESIM KUKAJ et al.,                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter on October 9, 2022, it is hereby

ORDERED that the pretrial conference scheduled for October 27, 2022 is cancelled.

IT IS FURTHER ORDERED that the plaintiffs must file an affidavit of service of the summons and complaint on defendant Besim Kukaj by **October 18, 2022.**

IT IS FURTHER ORDERED that if the defendants fail to appear in this action, the plaintiffs must move for default judgment by **November 4, 2022.**

Dated:    New York, New York
          October 12, 2022

                              _____
                              DENISE COTE
                              United States District Judge