# Exhibit B

# AFFIDAVIT OF SERVICE

Index # 22 CIV 5993

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ABRAHAM CAMPOS, et al,

Plaintiff

Against

Defendant

BESIM KUKAJ, et al,

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **7/25/2022** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons in Civil Action** annexed on **DIAMOND GLOBAL MANAGEMENT LLC,**

Defendant in this action, by delivering to and leave with **Nancy Dougherty** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **303,** Limited Liability Company Law.

Deponent further says that he/she knew the person so served **Nancy Dougherty** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Brown   Age(approx) 60  Height (approx) 5'1  Weight (approx)  115

Other Identifying Features:  Glasses

Robert Wells

Sworn to before me, this
7/25/2022

Rosemary Lanni
Notary Public State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2025

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| **ABRAHAM CAMPOS et al.** | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-05993-VSB |
| | ) |
| **BESIM KUKAJ et al.** | ) |
| _____ | ) |
| *Defendant* | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Michael Weinshenker, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Michael Weinshenker is not a party to the action, is over 18 years of age and resides at P.O. Box 322, Roosevelt, NJ 08555.

I served the following documents on SP Realty Investment LLC in Mercer County, NJ on September 19, 2022 at 9:48 am at 33 W State St, 5th, Trenton, NJ 08608 by leaving the following documents with Nickey (refused last name) who as Clerk at New Jersey State Treasurer is authorized by appointment or by law to receive service of process for SP Realty Investment LLC.

Status Report
Affidavit of Nonservice
Summons in a Civil Action
Ancillary Complaint
Requested Fee

Additional Description:
I delivered the documents to Nickey, Clerk for the New Jersey State Treasurer. She was at the front desk and she did not provide her last name.

Black or African American Female, est. age 48, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=40.2205333026,-74.7676467768

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Middlesex County___ ,

__NJ__ on __9/19/2022__ .

/s/ *Michael Weinshenker*
_____
Signature
Michael Weinshenker
(908) 692-7419

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ABRAHAM CAMPOS et al.                                     CIVIL ACTION NO.: 22 CIV. 5993

                                    **vs**                    *Plaintiff*

BESIM KUKAJ et al.,

                                                            *Defendant*

## AFFIDAVIT OF SERVICE

State of New Jersey  }
County of Bergen  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on **10/05/2022** at **11:48 AM** at **800 Park Ave, Lobby, Fort Lee, NJ 07024**

deponent served a(n) **Summons in a Civil Action and Ancillary Complaint**

on **Besim Kukaj,**

by delivering thereat a true copy of each to **Michelle "Doe" (Doorman - refused server access to apartment)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **800 Park Ave, # PH6B, Fort Lee, NJ 07024**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **10/06/2022**

<u>Description of Person Served:</u>
Gender: Female
Skin: Hispanic
Hair: Black
Age: 30 - 40 Yrs.
Height: 5' 2" - 5' 5"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this

10 day of October, 2022

NOTARY PUBLIC

LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025

Anthony Iavarone