# Exhibit C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ABRAHAM CAMPOS et al.,

        **Plaintiff(s),**

- against -

BESIM KUKAJ et al.,

        **Defendant(s),**

------------------------------------------------------------X

22 Civ. 5993 (DLC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 14, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) SP REALTY INVESTMENTS LLC and DIAMOND GLOBAL MANAGEMENT LLC by personally serving the NJ State Treasurer and the NY Secretary of Sate (respectively), and proof of service was therefore filed on 9/25 and 8/21/2022, Doc. #(s) 14, 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

October 13, 20 22

        **RUBY J. KRAJICK**
        Clerk of Court

By: *K. Mango*
        **Deputy Clerk**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ABRAHAM CAMPOS et al.,

        **Plaintiff(s),**

- against -

BESIM KUKAJ et al.,

        **Defendant(s),**

-------------------------------------------------------------X

22 Civ. 5993 (DLC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 14, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Besim Kukaj by personally serving the defendant (by way of his doorman), and proof of service was therefore filed on 10/13/2022, Doc. #(s) 19.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

November 1, 20 22

**RUBY J. KRAJICK**
Clerk of Court

By: *K. Mango*
**Deputy Clerk**

SDNY Web 3/2015