# Exhibit D

MONROE COUNTY CLERK'S OFFICE                    THIS IS NOT A BILL. THIS IS YOUR RECEIPT
ROCHESTER, NY

|                              |                   |
|------------------------------|-------------------|
| Receipt #                    | 1768515           |
| Index                        | DEEDS             |
| Book 12005                   | Page 382          |
| No. Pages :                  | 3                 |
| Instrument                   | DEED              |

Return To:
    BESIM KUKAJ
    36 LOCKE DRIVE
    PITTSFORD, NY 14534-

Date      :  04/02/2018

Time      :  12:06:59PM

GERSTNER, SANTINA

KUKAJ, DESIM

Control #   201804020432

TT #        TT0000013781

Ref 1 #

Employee : TracyC

| COUNTY FEE TP584              | $ |    5.00  |
| COUNTY FEE NUMBER PAGES       | $ |   10.00  |
| RECORDING FEE                 | $ |   45.00  |
| RP5217 COUNTY FEE             | $ |    9.00  |
| RP5217 STATE EQUALIZATION FE  | $ |  116.00  |
| STATE FEE TRANSFER TAX        | $ | 1,278.00 |

Total                          $   1,463.00

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

TRANSFER AMT

| TRANSFER AMT | $319,500.00 |
| TRANSFER TAX | $1,278.00   |

            ADAM J BELLO
        MONROE COUNTY CLERK



PI182-201804020432-3

**WARRANTY DEED** with Lien Covenant

**This Indenture**, made the \_\_\_18\_\_\_ day of \_\_\_\_\_Jan\_\_\_\_\_, 2018.

Between

**SANTINA GERSTNER**, residing at 36 Locke Drive, Pittsford, New York  14534,    Grantor(s)

And

**BESIM KUKAJ**, residing at  2 Main Street, Edgewater, New Jersey  07020,

Grantee(s)

Witnesseth, that the grantor, in consideration of One and More Dollars, and other valuable consideration, paid by the grantee, hereby grants and releases unto the grantee, the heirs or successors and assigns of the grantee forever,

**All That Tract Or Parcel Of Land**, situate in the Town of Pittsford, County of Monroe and State of New York, being part of Town Lot No. 3, Township 12, Range 5, and more particularly known and described as Lot No. 78 of the Pittsford Knolls Subdivision, Section 4, as the same is shown on a map thereof filed in the Monroe County Clerk's Office in Liber 202 of Maps at page 73.

Said Lot No. 78 is of the dimensions as shown on said map thereof filed in the Monroe County Clerk's Office and is situate on the southerly side of Locke Drive.

Subject to all covenants, easements and restrictions of record, if any, affecting said premises.

Being and Hereby intending to convey the same premises conveyed to the party of the first part by Deed dated May 29, 2012 and recorded in the Monroe County Clerk's Office on June 15, 2012 in Liber 11132 of Deeds, at page 34.

TAX ACCOUNT NO.: 192.08-2-87

PROPERTY ADDRESS:  36 Locke Drive, Town of Pittsford, New York

TAX MAILING ADDRESS:  36 Locke Drive, Pittsford, New York  14534

Together with the appurtenances and all the estate and rights of the grantor in and to said premises.

To Have and To Hold the premises herein granted unto the grantee, the heirs or successors and assigns of the grantee forever.  And the grantor covenants as follows:

First.  The grantee shall quietly enjoy the said premises;

Second. The grantor will forever warrant the title to said premises;

   This deed is subject to the trust provisions of Section 13 of the Lien Law.  The words "grantor" and "grantee" shall be construed to read in the plural whenever the sense of this deed so requires.

   In Witness Whereof, the grantor has executed this deed the day and year first above written.


In Presence of:

_____ L.S.
SANTINA GERSTNER


State of NEW YORK    }
County of MONROE    } ss:

  On the _18th_ day of _January_, in the year 2018, before me, the undersigned, personally appeared **SANTINA GERSTNER**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) are(is) subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

CRYSTAL D. CARTER
Notary Public, State of New York
No. 01CA6025602
Qualified in Monroe County
Commission Expires 06/01/2019