# Exhibit E

MONROE COUNTY CLERK'S OFFICE          THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2022778

Book   Page   D  12162  0126

Return To:
1401 44TH ST

NORTH BERGEN, NJ 07047

No. Pages: 4

Instrument: DEED

Control #:   201903250609
Ref #:       TT0000015087

Date: 03/25/2019

KUKAJ, BESIM

Time: 1:00:33 PM

SP REALTY INVESTMENTS LLC,

| Recording Fee | $26.00 | |
|---|---|---|
| Pages Fee | $15.00 | |
| State Fee Cultural Education | $14.25 | |
| State Fee Records Management | $4.75 | Employee: CT |
| TP-584 Form Fee | $5.00 | |
| RP-5217 County Fee | $9.00 | |
| RP5217 State Equal Fee | $116.00 | |
| Total Fees Paid: | $190.00 | |

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

Consideration: $1.00

ADAM J BELLO

MONROE COUNTY CLERK



— Quitclaim Deed – Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

03/25/2019    01:00:33 PM
MONROE COUNTY CLERK

THIS INDENTURE, made the 7th day of March in the year 2019

**BETWEEN**
BESIM KUKAJ    2 Main Street
Edgewater NJ 07020

party of the first part, and SP REALTY INVESTMENTS LLC
1401 44h Street North Bergen NJ 07047
party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of $10.00 paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Pittsford, County of Monroe and State of New York, and more particularly described as

See "Schedule A" Attached

Being and intended to be the same premises conveyed to the Grantor herein by Deed from Santina Gerstner, dated January 18, 2018 and recorded April 2, 2018 in the Office of the Monroe County Clerk's Office, in Deed Book 12005, Page 382.

Said premises to be also known as 36 Locke Drive, Pittsford, NY 14534.

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

x _____    3/25/20018

# EXHIBIT A: LEGAL DESCRIPTION OF PROPERTY

Legal Address:
36 Locke Drive
Pittsford, NY 14534

**All That Tract Or Parcel Of Land**, situate in the Town of Pittsford, County of Monroe and State of New York, being part of Town Lot No. 3, Township 12, Range 5, and more particularly known and described as Lot No. 78 of the Pittsford Knolls Subdivision, Section 4, as the same is shown on a map thereof filed in the Monroe County Clerk's Office in Liber 202 of Maps at page 73.

Said Lot No. 78 is of the dimensions as shown on said map thereof filed in the Monroe County Clerk's Office and is situate on the southerly side of Locke Drive.

Subject to all covenants, easements and restrictions of record, if any, affecting said premises.

Being and Hereby intending to convey the same premises conveyed to the party of the first part by Deed dated May 29, 2012 and recorded in the Monroe County Clerk's Office on June 15, 2012 in Liber 11132 of Deeds, at page 34.

TAX ACCOUNT NO.: 192.08-2-87

PROPERTY ADDRESS: 36 Locke Drive, Town of Pittsford, New York

TAX MAILING ADDRESS: 36 Locke Drive, Pittsford, New York 14534

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of _Monroe_, ss: | State of New York, County of , ss: |
| On the 25 day of March in the year 2019, before me, the undersigned, personally appeared _Besihtukn J_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| _[signature]_ NOTARY PUBLIC | NOTARY PUBLIC |

IRWIN H. HARRIS
Notary Public, State Of New York
Monroe County
Commission Expires 3-24-27

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: | State of , County of , ss: |
| On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the day of in the year , before me, the undersigned personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |
| NOTARY PUBLIC | NOTARY PUBLIC |

# Quitclaim Deed

TO

**Title No.**

DISTRIBUTED BY

JUDICIAL TITLE
T: 800-281-TITLE     F: 800-FAX-9396

COUNTY:

TOWN/CITY:

PROPERTY ADDRESS:

SECTION:

BLOCK:

LOT:

**RETURN BY MAIL TO:**

SP Realty Investments LLC
1401 44th Street
North Bergen, NJ 07047