# Exhibit F

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF FORMATION

### SP REALTY INVESTMENTS LLC
### 0450333055

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 12/20/2018 and was assigned identification number 0450333055. Following are the articles that constitute its original certificate.

1. **Name:**
   SP REALTY INVESTMENTS LLC

2. **Registered Agent:**
   SORANEE PENTHAMRONGRAT

3. **Registered Office:**
   1401 44TH STREET
   NORTH BERGEN, NEW JERSEY 07047

4. **Business Purpose:**
   RENTAL PROPERTIES

5. **Effective Date of this Filing is:**
   12/20/2018

6. **Main Business Address:**
   1401 44TH STREET
   NORTH BERGEN, NEW JERSEY 07047-0704

   **Signatures:**
   SORANEE PENTHAMRONGRAT
   AUTHORIZED REPRESENTATIVE

*Certificate Number : 4067851358*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and*
*affixed my Official Seal*
*20th day of December, 2018*

*Elizabeth Maher Muoio*
*State Treasurer*