# Exhibit G

MONROE COUNTY CLERK'S OFFICE                THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2400454

Book   Page   D  12343  0659

Return To:
ALR ABSTRACT SERVICES, LLC
1000 SOUTH AVE
STATEN ISLAND, NY 10314-3409

No. Pages: 11

Instrument: DEED

Control #:     202005210504
Ref #:         TT0000018291

Date: 05/21/2020

SP REALTY INVESTMENTS LLC,

Time: 3:38:08 PM

DIAMOND GLOBAL MANAGEMENT LLC,

| | | |
|---|---:|---|
| Recording Fee | $26.00 | |
| Pages Fee | $15.00 | |
| State Fee Cultural Education | $14.25 | |
| State Fee Records Management | $4.75 | Employee: ED |
| Transfer Tax | $998.00 | |
| TP-584 Form Fee | $5.00 | |
| Deed Notice Fee | $10.00 | |
| RP-5217 County Fee | $9.00 | |
| RP5217 State Equal Fee | $116.00 | |
| Total Fees Paid: | $1,198.00 | |

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

Consideration:  $249,450.00

JAMIE ROMEO

MONROE COUNTY CLERK



Standard N.Y.B.T.U. Form 8003 – Warranty Deed With Full Covenants – Uniform Acknowledgment

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

---

**THIS INDENTURE**, made the 4th day of March, in the year 2020.

**BETWEEN**

**SP REALTY INVESTMENTS LLC, a New Jersey limited liability company,**
with offices located at 1401 44th Street, North Bergen, New Jersey 07047,

party of the first part, and

**DIAMOND GLOBAL MANAGEMENT LLC, a domestic limited liability company,**
with offices located at 38 Brookside Loop, Staten Island, New York 10309,

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Pittsford, County of Monroe and State of New York, and bounded and described as follows:

SEE SCHEDULE "A" ATTACHED HERETO AND MADE APART HEREOF

Said premises being more commonly known as 36 Locke Drive, Pittsford, New York 14534.

**BEING** and intended to be the same premises conveyed to the Grantors herein by deed dated March 7, 2019 and recorded with the Monroe County Clerk on March 25, 2019 in Deed Book 12162 at Page 0126.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

AND the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey the same; that the party of the second part shall quietly enjoy the said premises; that the said premises are free from encumbrances, except as aforesaid; that the party of the first part will execute or procure any further necessary assurance of the title to said premises; and that said party of the first part will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

SP REALTY INVESTMENTS LLC

by:_____
SORANEE KUKAJ, as Member

STATE OF NEW YORK, COUNTY OF RICHMOND

On the 4th day of March in the year 2020, before me, the undersigned, personally appeared SORANEE KUKAJ, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity and that by her signature on the instrument, the individual or the person on behalf of which the individual acted, executed the instrument.

Notary Public

BRIAN ALDRICH CARCHEDI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CA6141988
Qualified in Richmond County
Commission Expires March 6, 2022

STATE OF NEW YORK, COUNTY OF RICHMOND
On the ___ day of _____, before me, the undersigned, personally appeared
, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK, COUNTY OF RICHMOND

On the ___ day of _____, before me, the undersigned, personally appeared
, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

STATE OF _____, COUNTY OF _____
On the ___ day of _____ in the year ___,
before me personally came

to me known, who, being by me duly sworn, did depose and say
that   he resides at
that   he is the
of
the corporation described in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h name thereto by like order.

---

# Warranty Deed

TITLE NO.

## SP REALTY INVESTMENTS LLC

TO

## DIAMOND GLOBAL MANAGEMENT LLC

---

SECTION **192.08**
BLOCK **2**
LOT **87**
COUNTY OR TOWN **PITTSFORD**

**RETURN BY MAIL TO:**
JOHN VANDER NEUT, ESQ.
CRAWFORD · BRINGSLID · VANDER NEUT, LLP
900 SOUTH AVENUE, SUITE 204
STATEN ISLAND, NEW YORK 10314

# EXHIBIT A: LEGAL DESCRIPTION OF PROPERTY

Legal Address:
36 Locke Drive
Pittsford, NY 14534

**All That Tract Or Parcel Of Land**, situate in the Town of Pittsford, County of Monroe and State of New York, being part of Town Lot No. 3, Township 12, Range 5, and more particularly known and described as Lot No. 78 of the Pittsford Knolls Subdivision, Section 4, as the same is shown on a map thereof filed in the Monroe County Clerk's Office in Liber 202 of Maps at page 73.

Said Lot No. 78 is of the dimensions as shown on said map thereof filed in the Monroe County Clerk's Office and is situate on the southerly side of Locke Drive.

Subject to all covenants, easements and restrictions of record, if any, affecting said premises.

Being and Hereby intending to convey the same premises conveyed to the party of the first part by Deed dated May 29, 2012 and recorded in the Monroe County Clerk's Office on June 15, 2012 in Liber 11132 of Deeds, at page 34.

TAX ACCOUNT NO.:  192.08-2-87

PROPERTY ADDRESS:  36 Locke Drive, Town of Pittsford, New York



Tax billing address:  c/o Diamond Global Management,  38 Brookside Loop, Staten Island, New York