# Exhibit H

2 0 0 3 0 2 0 0 0 367

 **Division of Corporations, State Records and Uniform Commercial Code**

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION OF

**DIAMOND GLOBAL MANAGEMENT LLC**

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:
DIAMOND GLOBAL MANAGEMENT LLC

**SECOND:** The county within this state in which the office of the limited liability company is to be located is: RICHMOND

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

ABDURAMAN ISENI
38 BROOKSIDE LOOP
STATEN ISLAND, NEW YORK 10309

X _____  ALLEN HYMOWITZ
*(Signature of Organizer)*       *(Print or Type Name of Organizer)*

DOS-1336-f (Rev. 03/17)

200302000367

367

# ARTICLES OF ORGANIZATION
# OF

## DIAMOND GLOBAL MANAGEMENT LLC

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

Filer's Name and Mailing Address:

**ALLEN HYMOWITZ**
*Name:*

*Company, if Applicable:*

**49 WINCHESTER AVENUE**
*Mailing Address:*

**STATEN ISLAND, NEW YORK 10312-6506**
*City, State and Zip Code:*

2020 MAR -2 AM 11:49

**NOTES:**
1. This form was prepared by the New York State Department of State for filing articles of organization for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
2. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
3. The Limited Liability Company Law requires that the name end with "Limited Liability Company," "LLC" or "L.L.C." The name of the limited liability company must be uniformly stated throughout this certificate.
4. The filer may not be the limited liability company being formed.
5. The certificate must be submitted with a $200 filing fee made payable to the Department of State.

*(For Office Use Only)*

RECEIVED
2020 MAR -2 AM 9:09

10C
STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  **MAR 0 2 2020**
TAX $ _____
BY: _____

DOS-1336-f (Rev. 03/17)

397

Page 2 of 2