```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ABRAHAM CAMPOS et al.,                  :
                                        :
                     Plaintiffs,        :    22cv5993 (DLC)
          -v-                           :
                                        :         ORDER
BESIM KUKAJ et al.,                     :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiffs having requested a default judgment on November 11, 2022 against all defendants, it is hereby

ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendants on or before **December 16, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **January 13, 2023** at **10:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York NY 10007.  Failure of the defendants to appear will result in entry of a default or a default judgment.

Dated:     New York, New York
           November 16, 2022

                                     _____
                                              DENISE COTE
                                      United States District Judge