```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   22cv5993(DLC)
ABRAHAM CAMPOS et al.,               :
                                     :
                       Plaintiffs,   :
            -v-                      :   ORDER
                                     :
BESIM KUKAJ et al.,                  :
                                     :
                       Defendants.   :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter on November 20, 2023, it is hereby

ORDERED that the defendant SP Realty shall appear for deposition on or before December 4, 2023.

IT IS FURTHER ORDERED that service of this Order shall be made by FedEx Overnight to the registered address of SP Realty and to Soranee Kukaj, f/k/a Soranee Penthamrongrat, the CEO and registered agent of SP Realty, via email and text message.

Dated:   New York, New York
         November 21, 2023

                                       _____
                                                        DENISE COTE
                                       United States District Judge